Case Name: KENNEDY, THOMAS
                 KENNEDY, CATHERINE A.
Case No:    07-71358

## CERTIFICATION OF REVIEW

     The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: August 28, 2008                WILLIAM T. NEARY
                                              United States Trustee, Region 11

                                      BY:   *Carole J. Ryczek*
                                                CAROLE J. RYCZEK
                                                Attorney for the U.S. Trustee