**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>KENNEDY, THOMAS<br>KENNEDY, CATHERINE A.<br><br>Social Security/Employer Tax ID Number:<br>xxx-xx-0110  13-7584425<br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 07-71358 MB<br><br>HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **SEPTEMBER 29, 2008** at 9:30a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 770.00 | |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 1,750.62 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 50.88 |

4. The Trustee's Final Report shows total:

    a. Receipts      $ 10,006.16

    b. Disbursements      $ 7.53

    c. Net Cash Available for Distribution      $ 9,998.63

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $7,427.13, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $58,483.72.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

    8/20/08                             s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

.358   Doc 42   Filed 08/29/08   Entered 08/31/08 23:53:24   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: mreilly               Page 1 of 2                Date Rcvd: Aug 29, 2008
Case: 07-71358                 Form ID: pdf002             Total Served: 43


The following entities were served by first class mail on Aug 31, 2008.
db           Thomas Kennedy,    3500 Persimmon Drive,    Algonquin, IL 60102-4817
jdb         +Catherine A. Kennedy,    3500 Persimmon Drive,    Algonquin, IL 60102-4817
aty         +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty         +David L. Stretch,    Law Offices of David R. Gervais,    4 East Terra Cotta Avenue,
             Crystal Lake, IL 60014-3622
tr          +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11400855    +Academy Collection Services, Inc.,    10965 Decatur Road,    Philadelphia, PA 19154-3294
11400856     American Express,    Box 0001,    Los Angeles, CA 90096-0001
11961719     American Express Travel Related Svcs Co,    Inc Corp Card,    c/o Becket and Lee LLP,    POB 3001,
             Malvern PA 19355-0701
11400857    +American General Financial Services,    575 N. McLean Boulevard,    Elgin, IL 60123-3279
11400858     Bank of America,    PO Box 15137,    Wilmington, DE 19886-5137
11400859     Bank of America,    PO Box 15726,    Wilmington, DE 19886-5726
11400860     Beneficial,    6300A Northwest Highway,    The Commons Shopping Center,    Crystal Lake, IL 60014
11844160    +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
             SEATTLE, WA 98121-3132
11400862     Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
11400861    +Capital One,    PO Box 60024,    City Of Industry, CA 91716-0024
11400863     Carson Pirie Scott,    PO Box 10327,    Jackson, MS 39289-0327
11400864     Chase,    PO Box 15153,    Wilmington, DE 19886-5153
11400865     Chase,    PO Box 15922,    Wilmington, DE 19886-5922
11400866     Chevron Federal Credit Union,    PO Box 2069,    Oakland, CA 94604-2069
11977590    +Chevron Federal Credit Union,    475-14th Street, 9th Floor,    Oakland, CA 94612-1943
11400868     CitiFinancial,    142 South Western Avenue,    Carpentersville, IL 60110-1738
11400869     CitiFinancial,    PO Box 6931,    The Lakes, NV 88901-6931
11400870     First Premier Bank,    PO Box 5519,    Sioux Falls, SD 57117-5519
11400871    +Freedman Anselmo Lindberg & Rappe,    1807 West Diehl Road,    Suite 333,
             Naperville, IL 60563-1890
11400873     HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
11400874     HSBC Mortgage Services,    PO Box 17580,    Baltimore, MD 21297-1580
11400872     Home Depot Credit Services,    Processing Center,    Des Moines, IA 50364-0500
11400875    +Magnum Cash Advance,    1403 Foulk Road,    Suite 203,    Wilmington, DE 19803-2788
11400876    +Michael Fine,    Chase Bank,    131 South Dearborn, Floor #5,    Chicago, IL 60603-5517
11400878    +NCO Financial Systems, Inc.,    507 Prudential Road,    Horsham, PA 19044-2368
11400879    +NetCashUSA,    314 North Riverside Drive,    Espanola, NM 87532-2517
11400880    +Northland Group,    PO Box 390905,    Minneapolis, MN 55439-0905
11400881    +Pay Day Yes,    501 Silverside Road,    Suite 125,    Wilmington, DE 19809-1377
11400882     Short Term Loans,    1400 East Touhy Avenue,    Suite 400,    Des Plaines, IL 60018-3336
11458301    +St. Margaret Mary Catholic School,    119 South Hubbard Street,    Algonquin IL 60102-2807
11458302    +United Cash Loans,    POB 111,    Miami OK 74355-0111
11400884     Wells Fargo,    PO Box 60510,    Los Angeles, CA 90060-0510
11400885     Wells Fargo,    PO Box 98751,    Las Vegas, NV 89193-8751
11400886    +Wolpoff & Abramson, LLP,    Two Irvington Centre,    702 King Farm Boulevard,
             Rockville, MD 20850-5774
11963470     eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
             Newark NJ 07193-5480
11961671     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada and its Assigns,    POB 35480,
             Newark NJ 07193-5480

The following entities were served by electronic transmission on Aug 30, 2008.
11970841     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11970839     E-mail/Text: resurgentbknotifications@resurgent.com
             LVNV Funding LLC its successors and assigns as,    assignee of Citibank USA,
             Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
                                                                                              TOTAL: 2


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11458297     My Cash Now,    23-845 Dakota St,    Suite 212,    Winnipeg
11400877     My Cash Now
11400883     United Cash Loans
aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
11400867*   +Chevron Federal Credit Union,    PO Box 2069,    Oakland, CA 94604-2069
                                                                                              TOTALS: 3, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3           User: mreilly              Page 2 of 2              Date Rcvd: Aug 29, 2008
Case: 07-71358                 Form ID: pdf002            Total Served: 43
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2008**              **Signature:** _/s/ Joseph Speetjens_